**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA AUDIO VIDEO, INC. and GERALD MARK SCHNEIDER,<br><br>    Defendants. | No. C 13-02779 JSW<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

On June 18, 2013, Plaintiff GE Commercial Distribution Finance Corporation ("Plaintiff") filed an *ex parte* application for a temporary restraining order ("TRO") and an order to show cause why a preliminary injunction should not issue. It is HEREBY ORDERED that Plaintiff shall serve Defendants with a copy of the Complaint, the application, and the papers in support thereof, by no later than 7:00 p.m. on June 19, 2013. Plaintiff shall file a proof of service by no later than 9:00 a.m. on July 20, 2013.

Defendants shall file and serve any opposition to the application by no later than 3:00 p.m. on June 20, 2013, and Plaintiff shall file and serve any reply by no later than 9:30 a.m. on June 21, 2013. The Court shall hold a hearing on the application at 2:30 p.m. on June 21, 2013. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

///

///

The Court further directs the parties to deliver chambers copies of the documents they seek to file by no later than one hour after the designated time for electronic filing.

**IT IS SO ORDERED.**

Dated: June 19, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2